# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| In re: | § | Case No. 12-17894 |
|---|---|---|
| | § | |
| JEREMY R ROBINSON | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn, Room 713, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 05/01/2014, in Courtroom 644, United States Courthouse, 219 S. Dearborn, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  04/11/2014          By:  /s/ Horace Fox, Jr.
                                       Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-17894 |
| | § | |
| JEREMY R ROBINSON | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $7,000.00
*and approved disbursements of*     $172.37
*leaving a balance on hand of[1] :*     $6,827.63

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $6,827.63

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Horace Fox, Jr., Trustee Fees | $1,450.00 | $0.00 | $1,450.00 |
| Bruce de 'Medici, Attorney for Trustee Fees | $2,167.50 | $0.00 | $2,167.50 |

Total to be paid for chapter 7 administrative expenses:     $3,617.50
Remaining balance:     $3,210.13

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $3,210.13

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $3,210.13 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $33,165.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $5,875.74 | $0.00 | $568.71 |
| 2 | PYOD, LLC its successors and assigns as assignee | $15,621.24 | $0.00 | $1,512.00 |
| 3 | Capital One Bank (USA), N.A. | $11,668.60 | $0.00 | $1,129.42 |

|  | Total to be paid to timely general unsecured claims: | $3,210.13 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ Horace Fox, Jr.
       Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-17894-PSH
Jeremy R Robinson                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1           User: bchavez              Page 1 of 1              Date Rcvd: Apr 14, 2014
                               Form ID: pdf006            Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 16, 2014.
```
db           #+Jeremy R Robinson,   517 Buckthorn Lane,   Hillside, IL 60162-1315
18853746      #Bank of America,   P O BOX 15026,   Wilmington DE 19850-5026
18853747       Capital One,   Capital One Bank N A,   P O Box 85617,   Richmond VA 23285-5617
19819672       Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
18853748       CiticCards,   PO Box 6077,   Sioux Falls SD 57117-6077
18853751       Elmhurst Memorial Hospital,   PO Box 4052,   Carol Stream IL 60197-4052
18853752       GE/ABT Card,   PO Box 960061,   Orlando FL 32896-0061
18853754      +Indy Mac Mortgae,   OneWest Bank FSB,   P O Box 7056,   Pasadena CA 91109-7056
18853755      +John C Bonewicz,   350 N Orleans,   Suite 300,   Chicago IL 60654-1607
18853756      +Orkin Pest Control,   2170 Piedmont Rd,   Atlanta GA 30324-4135
18853757       Resurrection Health Care,   19 Mollison Way,   Lewiston ME 04240-5805
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19724980       E-mail/PDF: mrdiscen@discoverfinancial.com Apr 15 2014 01:18:14     Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
18853750       E-mail/PDF: mrdiscen@discoverfinancial.com Apr 15 2014 01:18:14     Discover Card,
               P O BOX 6104,   Carol Stream IL 60197-6104
20723539       E-mail/PDF: rmscedi@recoverycorp.com Apr 15 2014 01:18:12     GE Capital Retail Bank,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605,
               Attn: Ramesh Singh
18853753      +E-mail/Text: bankruptcy.bnc@gt-cs.com Apr 15 2014 01:11:17     Greentree,
               Green Tree Customer Service,   PO Box 6172,   Rapid City SD 57709-6172
19752084      +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 15 2014 01:17:59
               PYOD, LLC its successors and assigns as assignee,   of Citibank,   Resurgent Capital Services,
               PO Box 19008,   Greenville, SC 29602-9008
                                                                                               TOTAL: 5
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18853758*    +Jeremy R Robinson,   517 Buckthorn Lane,   Hillside IL 60162-1315
18853749    ##+Crestwood Group LLC,   PO Box 22630,   Cleveland OH 44122-0630
                                                                                        TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2014                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2014 at the address(es) listed below:
```
              Bruce E de'Medici    on behalf of Trustee Horace  Fox, JR bdemedici@gmail.com
              Bruce E de'Medici    on behalf of Attorney Bruce  de'Medici bdemedici@gmail.com
              Gregory M Berg    on behalf of Debtor Jeremy R Robinson gberg@oakbrooklaw.com,
               gberg@oakbrooklaw.com;kkuhlman@oakbrooklaw.com
              Horace Fox, JR    on behalf of Attorney Bruce  de'Medici foxhorace@aol.com,
               hf@trustesolutions.net;hf@trustesolutions.com;mmedina@lehmanfox.com
              Horace Fox, JR    foxhorace@aol.com,
               hf@trustesolutions.net;hf@trustesolutions.com;mmedina@lehmanfox.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Timothy R Yueill    on behalf of Creditor  Deutsche Bank National Trust Company
               timothyy@nevellaw.com
                                                                                               TOTAL: 7
```